JS - 6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCILA BALLARDO ORTIZ and ARTURO J. ORTIZ, et al,<br><br>    Plaintiffs,<br><br>vs.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE TRUSTEE OF THE AAMES MORTGAGE INVESTMENT TRUST 2005-1, and DOES 1 through 10, inclusive,<br><br>    Defendants. | CASE NO. CV10-3017 R<br><br>JUDGE MANUEL L. REAL<br><br>ORDER GRANTING MOTION TO DISMISS |

    The motion of Defendant Deutsche Bank National Trust Company ("Deutsche Bank") to dismiss or, alternately, for a more definitive statement of the complaint filed by Plaintiffs Lucila Ballardo Ortiz and Arturo J. Ortiz came on for hearing in Courtroom 8 of this court on July 26, 2010. Mark V. Asdourian, Esq. appeared on behalf of Deutsche Bank. There were no other appearances.

///

---

**[PROPOSED] ORDER GRANTING MOTION TO DISMISS**

Upon reading the papers filed in support of the motion to which Plaintiff did not respond and with due deliberation thereon,

**IT IS HEREBY ORDERED** the Deutsche Bank's motion to dismiss is granted for the reasons set forth on the record and this action is hereby dismissed in its entirety.

DATED: November 17, 2010

By: _____
Hon. Manuel L. Real,
United States District Judge

Mark V. Asdourian, Esq.
Attorney & Counsellor At Law
A Professional Corporation
450 Newport Center Drive, Suite 200
Newport Beach, California 92660
Telephone: 949.644.5300
Facsimile: 949.644.5301

[PROPOSED] ORDER GRANTING MOTION TO DISMISS   -2-